**RECEIVED**

JUL 7 2008 *aw*
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

James G. Turner-el,

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08cv3846
JUDGE MORAN
MAG. JUDGE ASHMAN

vs.

Case
(To be supplied by the Clerk of this Court)

Donald A. Hulick,
Major Mauie; Sergeant
Cowan; Lt. Mitchell;
Roger Walker Jr., and
Unknown Assignment
Placement personnel, */

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

√        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
               **U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

*/ and unknown Correctional Guards

I. **Plaintiff(s):**

A. Name: James G. Turner-El

B. List all aliases: None

C. Prisoner identification number: N-01161

D. Place of present confinement: Menard Corr. Ctr

E. Address: P.O. Box 711 / Chester, IL. 62259

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Donald A. Hulick

Title: Warden

Place of Employment: Menard Corr. Ctr of IDOC

B. Defendant: Mr. Maui

Title: Major of the Guard / North II

Place of Employment: Menard Corr. Ctr. of the IDOC

C. Defendant: Mr. Cowan

Title: Sargeant of the Guard / North II

Place of Employment: Menard Corr. Ctr. of the IDOC

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendant: Mr. Mitchell
Title: Lieutenant of the guard at North II
Employer: Menard Corr. Ctr., of the IDOC
Defendant: Roger Walker Jr.,
Title: Director of IDOC
Employer: IDOC
Defendant: Unknown Assignment Placement Personnel
Title: Unknown
Employer: Menard Corr. Ctr. of the IDOC
Defendant: Unknown Correctional Guards
Title: Correctional Guards
Employer: Menard Corr. Ctr. of the IDOC

2(a)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: *(See attached Pages)*

    B. Approximate date of filing lawsuit: *(See Pages)*

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *(See Pages)*

    D. List all defendants: *(See Pages)*

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *(See Pages)*

    F. Name of judge to whom case was assigned: *(See Pages)*

    G. Basic claim made: *(See Pages)*

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *(See Pages)*

    I. Approximate date of disposition: *(See Pages)*

Note: Law Librarian refused to U.S. Party/Case Index as following pages, so I've attached by itself.

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

# U.S. Party/Case Index

## Civil Name Search Results

27 Total Party matches for selection TURNER-EL, JAMES for Illinois Central
Search Complete
Mon Mar 25 10:46:21 CST 2002
Selections 1 through 27 (Page 1)

● Download (1 pages $ 0.00)

*[Handwritten note at right: "Note → Law Librarian wouldn't copy to attach to lawsuit of my prior cases."]*

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 1  TURNER-EL, JAMES G<br>TURNER-EL vs. DILLMAN | ilcdc | 2:1989cv02210 | 07/14/1989 | 550 | 10/29/1990 |
| 2  TURNER-EL, JAMES G<br>TURNER-EL vs. GOSKIE | ilcdc | 2:1989cv02211 | 07/14/1989 | 550 | 11/20/1990 |
| 3  TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS | ilcdc | 2:1989cv02212 | 07/14/1989 | 550 | 10/29/1990 |
| 4  TURNER-EL, JAMES G<br>TURNER-EL vs. LANE | ilcdc | 2:1989cv02213 | 07/14/1989 | 550 | 11/24/1989 |
| 5  TURNER-EL, JAMES G<br>TURNER-EL vs. LANE | ilcdc | 2:1989cv02214 | 07/14/1989 | 550 | 11/15/1990 |
| 6  TURNER-EL, JAMES G<br>TURNER-EL vs. LANE | ilcdc | 2:1989cv02215 | 07/14/1989 | 550 | 11/24/1989 |
| 7  TURNER-EL, JAMES G<br>TURNER-EL vs. SHANSKY | ilcdc | 2:1989cv02216 | 07/14/1989 | 550 | 11/24/1989 |
| 8  TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS | ilcdc | 2:1989cv02217 | 07/14/1989 | 550 | 10/29/1990 |
| 9  TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS | ilcdc | 2:1989cv02218 | 07/14/1989 | 550 | 10/29/1990 |
| 10  TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS | ilcdc | 2:1989cv02219 | 07/14/1989 | 550 | 10/29/1990 |
| 11  TURNER-EL, JAMES G<br>TURNER-EL vs. GOSKIE | ilcdc | 2:1989cv02220 | 07/14/1989 | 550 | 10/29/1990 |
| 12  TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS, ET AL | ilcdc | 2:1989cv02221 | 07/14/1989 | 550 | 10/29/1990 |
| 13  TURNER-EL, JAMES G<br>TURNER-EL vs. LANE | ilcdc | 2:1989cv02222 | 07/14/1989 | 550 | 10/29/1990 |
| 14  TURNER-EL, JAMES G<br>TURNER-EL vs. LOWERY | ilcdc | 2:1989cv02223 | 07/14/1989 | 550 | 10/29/1990 |
| 15  TURNER-EL, JAMES G<br>TURNER-EL vs. LANE | ilcdc | 2:1989cv02224 | 07/14/1989 | 550 | 11/24/1989 |

16 TURNER-EL, JAMES G ilcdc    2:1989cv02225 07/14/1989 550 11/24/1989
TURNER-EL vs. PETERS

17 TURNER-EL, JAMES G ilcdc    2:1989cv02305 10/16/1989 550 07/03/1990
TURNER-EL vs. PETERS

18 TURNER-EL, JAMES G ilcdc    2:1990cv02254 08/03/1990 550 05/13/1992
TURNER-EL vs. PETERS

19 TURNER-EL, JAMES G ilcdc    2:1990cv02275 08/13/1990 550 01/18/1991
TURNER-EL vs. MCGINNIS

20 TURNER-EL, JAMES G ilcdc    2:1990cv02277 08/20/1990 550 01/31/1991
TURNER-EL vs. PETERS

21 TURNER-EL, JAMES G ilcdc    2:1990cv02293 08/31/1990 550 12/29/1992
TURNER-EL vs. IRVIN

22 TURNER-EL, JAMES G ilcdc    2:1990cv02294 08/31/1990 550 03/05/1993
TURNER-EL vs. MCGINNIS

23 TURNER-EL, JAMES G ilcdc    1:1993cv01054 02/10/1993 550 03/30/1993
TURNER-EL vs. LOWERY

24 TURNER-EL, JAMES G ilcdc    1:1993cv01058 02/10/1993 550 03/30/1993
TURNER-EL vs. PETERS

25 TURNER-EL, JAMES G ilcdc    1:1993cv01059 02/10/1993 550 04/22/1993
TURNER-EL vs. PETERS

26 TURNER-EL, JAMES G ilcdc    1:1993cv01069 02/18/1993 550 04/22/1993
TURNER-EL vs. BAKER

27 TURNER-EL, JAMES G ilcdc    1:1993cv01085 03/03/1993 550 03/30/1993
TURNER-EL vs. CRAINE

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 03/25/2002 10:46:21 |||
| PACER Login: | us0166 | Client Code: |
| Description: | Civil srch pg 1 | Search Criteria: TURNER-EL, JAMES |
| Billable Pages: | 1 | Cost: 0.07 |

**U.S. Party/Case Index - Home**
Search: All Court Types | Appellate | Bankruptcy | Civil | Criminal
Reports: Court Code List | Date Range | Courts not on Index | Statistical Reports
User Options: Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

 Help

# U.S. Party/Case Index

## Civil Name Search Results

20 Total Party matches for selection TURNER-EL, JAMES for Illinois Northern
Search Complete
Mon Mar 25 10:46:52 CST 2002
Selections 1 through 20 (Page 1)

● Download (1 pages $ 0.00)

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 1 TURNER-EL, JAMES G<br>TURNER-EL vs. SUPT | ilndc | 1:1986cv08929 | 06/29/1998 | 999 | 06/23/1999 |
| 2 TURNER-EL, JAMES G<br>TURNER vs. STRUBBE, ET AL | ilndc | 1:1989cv05004 | | 550 | |
| 3 TURNER-EL, JAMES G<br>TURNER-EL vs. IL BD OF ED | ilndc | 1:1993cv04918 | 09/12/1994 | 550 | 06/03/1997 |
| 4 TURNER-EL, JAMES G<br>TURNER-EL vs. CRAINE | ilndc | 1:1993cv04919 | 01/28/1994 | 550 | 01/28/1994 |
| 5 TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS | ilndc | 1:1993cv04967 | 01/28/1994 | 550 | 01/28/1994 |
| 6 TURNER-EL, JAMES G<br>TURNER-EL vs. IL DEPT CORR | ilndc | 1:1993cv04968 | 01/28/1994 | 550 | 01/28/1994 |
| 7 TURNER-EL, JAMES G<br>TURNER-EL vs. GODINEZ | ilndc | 1:1993cv04969 | 01/28/1994 | 550 | 01/28/1994 |
| 8 TURNER-EL, JAMES G<br>TURNER-EL vs. GODINEZ | ilndc | 1:1993cv04970 | 01/28/1994 | 530 | 01/31/1994 |
| 9 TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS | ilndc | 1:1993cv05160 | 01/28/1994 | 550 | 01/28/1994 |
| 10 TURNER-EL, JAMES G<br>TURNER-EL vs. GODINEZ | ilndc | 1:1993cv05161 | 01/28/1994 | 550 | 01/28/1994 |
| 11 TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS | ilndc | 1:1993cv05162 | 01/28/1994 | 550 | 01/28/1994 |
| 12 TURNER-EL, JAMES G<br>TURNER-EL vs. WASHINGTON | ilndc | 1:1996cv06323 | 06/18/1997 | 550 | 03/02/1998 |
| 13 TURNER-EL, JAMES G<br>TURNER-EL vs. DETELLA | ilndc | 1:1996cv06368 | 02/26/1997 | 550 | 02/26/1997 |
| 14 TURNER-EL, JAMES G<br>TURNER-EL vs. WASHINGTON | ilndc | 1:1997cv00022 | 09/04/1997 | 555 | 09/04/1997 |
| 15 TURNER-EL, JAMES G<br>TURNER-EL vs. PAGE | ilndc | 1:1997cv01818 | 03/17/1997 | 555 | 01/26/1998 |
| 16 TURNER-EL, JAMES G | ilndc | 1:1997cv02373 | 04/16/1997 | 555 | 04/16/1997 |

16 TURNER-EL, JAMES G ilndc    1:1997cv02573 04/16/1997  555  04/16/1997
TURNER-EL vs. PAGE

17 TURNER-EL, JAMES G ilndc    1:1997cv05822 08/15/1997  555  02/25/1998
TURNER-EL vs. WASHINGTON

18 TURNER-EL, JAMES G ilndc    1:2001cv07163 12/19/2001  550  09/26/2001
TURNER-EL vs. AGNELLO

19 TURNER-EL, JAMES G ilndc    1:2001cv08623 11/08/2001  550  11/30/2001
TURNER-EL vs. MORAN

20 TURNER-EL, JAMES G ilndc    1:2001cv08930 11/27/2001  550  11/27/2001
TURNER-EL vs. BROWN

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/25/2002 10:46:52 | | | |
| PACER Login: | us0166 | Client Code: | |
| Description: | Civil srch pg 1 | Search Criteria: | TURNER-EL, JAMES |
| Billable Pages: | 1 | Cost: | 0.07 |

U.S. Party/Case Index - Home

Search: All Court Types | Appellate | Bankruptcy | Civil | Criminal
Reports: Court Code List | Date Range | Courts not on Index | Statistical Reports
User Options: Change Client Code | New Login | Billing History | PSC Home Page | E-Mail PSC | Logout

??? Help

# U.S. Party/Case Index

## Civil Name Search Results

42 Total Party matches for selection TURNER EL, JAMES for Illinois Southern
Search Complete
Mon Mar 25 10:47:20 CST 2002
Selections 1 through 42 (Page 1)

●Download (1 pages $ 0.00)

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 1 TURNER EL, JAMES G<br>TURNER EL vs. LANE | ilsdc | 3:1989cv03289 | 05/17/1989 | 550 | 06/26/1991 |
| 2 TURNER EL, JAMES G<br>TURNER EL vs. USPC | ilsdc | 3:1990cv03388 | 07/03/1990 | 530 | 09/26/1991 |
| 3 TURNER EL, JAMES G<br>TURNER EL vs. O'HARE | ilsdc | 3:1992cv00580 | 08/07/1992 | 540 | 08/07/1992 |
| 4 TURNER EL, JAMES G<br>TURNER EL vs. PETERS | ilsdc | 3:1993cv00291 | 04/28/1993 | 550 | 04/04/1994 |
| 5 TURNER EL, JAMES G<br>TURNER EL vs. BAKER | ilsdc | 3:1993cv00292 | 04/28/1993 | 550 | 04/04/1994 |
| 6 TURNER EL, JAMES G<br>GEDER vs. PAGE | ilsdc | 3:1997cv00286 | 04/02/1997 | 555 | 02/11/2000 |
| 7 TURNER EL, JAMES G<br>THOMAS EL vs. PAGE | ilsdc | 3:1997cv00287 | 04/02/1997 | 555 | 07/22/1999 |
| 8 TURNER EL, JAMES G<br>ODEN vs. PAGE | ilsdc | 3:1997cv00424 | 05/12/1997 | 555 | 06/07/1999 |
| 9 TURNER EL, JAMES G<br>TURNER EL vs. WEST | ilsdc | 3:1997cv00688 | 08/11/1997 | 555 | 10/07/1997 |
| 10 TURNER EL, JAMES G<br>TURNER EL vs. PAGE | ilsdc | 3:1997cv00690 | 08/11/1997 | 555 | 10/03/1997 |
| 11 TURNER EL, JAMES G<br>TURNER EL vs. WASHINGTON | ilsdc | 3:1997cv00985 | 12/04/1997 | 555 | 12/23/1997 |
| 12 TURNER EL, JAMES G<br>TURNER EL vs. WEST | ilsdc | 3:1997cv00986 | 12/04/1997 | 555 | 12/16/1997 |
| 13 TURNER EL, JAMES G<br>TURNER EL vs. MAYO | ilsdc | 3:1997cv00987 | 12/04/1997 | 555 | 12/16/1997 |
| 14 TURNER EL, JAMES G<br>TURNER EL vs. FRENTZEL | ilsdc | 3:1997cv00993 | 12/08/1997 | 555 | 04/20/1999 |
| 15 TURNER EL, JAMES G<br>TURNER EL vs. WASHINGTON | ilsdc | 3:1997cv00996 | 12/04/1997 | 555 | 08/08/2000 |



APPENDIX A

| | | | | | |
|---|---|---|---|---|---|
| 16 | TURNER EL, JAMES G ilsdc TURNER EL vs. USA | 3:1998cv00030 | 01/16/1998 | 555 | 01/30/1998 |
| 17 | TURNER EL, JAMES G ilsdc TURNER EL vs. HARTMAN | 3:1998cv00378 | 05/11/1998 | 555 | 05/20/1998 |
| 18 | TURNER EL, JAMES G ilsdc TURNER EL vs. RENNISON | 3:1998cv00386 | 05/11/1998 | 555 | 05/20/1998 |
| 19 | TURNER EL, JAMES G ilsdc TURNER EL vs. MAYO | 3:1998cv00775 | 10/26/1998 | 555 | 01/29/1999 |
| 20 | TURNER EL, JAMES G ilsdc TURNER EL vs. PAGE | 3:1998cv00873 | 12/07/1998 | 555 | 02/18/1999 |
| 21 | TURNER EL, JAMES G ilsdc TURNER EL vs. WASHINGTON | 3:1998cv00874 | 12/07/1998 | 555 | 01/20/1999 |
| 22 | TURNER EL, JAMES G ilsdc TURNER EL vs. INTERNAL AFFAIRS | 3:1998cv00875 | 12/07/1998 | 555 | 01/18/2000 |
| 23 | TURNER EL, JAMES G ilsdc TURNER EL vs. PAGE | 3:1999cv00013 | 01/07/1999 | 555 | 08/14/2000 |
| 24 | TURNER EL, JAMES G ilsdc TURNER EL vs. FEINERMAN | 3:1999cv00283 | 04/26/1999 | 555 | 04/29/1999 |
| 25 | TURNER EL, JAMES G ilsdc TURNER EL vs. PAGE | 3:1999cv00284 | 04/26/1999 | 555 | 01/19/2000 |
| 26 | TURNER EL, JAMES G ilsdc TURNER EL vs. ASSIGNMENT COMMITTEE | 3:2001cv00247 | 04/10/2001 | 555 | |
| 27 | TURNER EL, JAMES G ilsdc TURNER EL vs. FIENERMAN | 3:2001cv00248 | 04/10/2001 | 555 | |
| 28 | TURNER EL, JAMES G ilsdc TURNER EL vs. JAWORSKI | 3:2001cv00270 | 05/01/2001 | 530 | 06/26/2001 |
| 29 | TURNER EL, JAMES G ilsdc TURNER EL vs. COWAN | 3:2001cv00274 | 05/03/2001 | 530 | 02/26/2002 |
| 30 | TURNER EL, JAMES G ilsdc TURNER EL vs. STANLEY | 3:2001cv00287 | 05/08/2001 | 555 | 07/10/2001 |
| 31 | TURNER EL, JAMES G ilsdc TURNER EL vs. USPC | 3:2001cv00298 | 05/10/2001 | 530 | 08/17/2001 |
| 32 | TURNER EL, JAMES G ilsdc TURNER EL vs. PAGE | 3:2001cv00299 | 05/10/2001 | 555 | 03/13/2002 |
| 33 | TURNER EL, JAMES G ilsdc TURNER EL vs. ZIELINSKI | 3:2001cv00300 | 05/10/2001 | 555 | |
| 34 | TURNER EL, JAMES G ilsdc TURNER EL vs. ZIELINSKI | 3:2001cv00301 | 05/10/2001 | 530 | 06/26/2001 |
| 35 | TURNER EL, JAMES G ilsdc TURNER EL vs. SNYDERS | 3:2001cv00472 | 07/16/2001 | 555 | 07/26/2001 |
| 36 | TURNER EL, JAMES G ilsdc TURNER EL vs. PROUD | 3:2001cv00489 | 07/18/2001 | 540 | 07/27/2001 |

37 TURNER EL, JAMES G ilsdc    3:2001cv00527 08/08/2001 555 08/29/2001
TURNER EL vs. SNYDERS

38 TURNER EL, JAMES G ilsdc    3:2001cv00557 08/17/2001 555
TURNER EL vs. MURPHY

39 TURNER EL, JAMES G ilsdc    3:2001cv00631 09/24/2001 555 02/25/2002
TURNER EL vs. SNYDER

40 TURNER EL, JAMES G ilsdc    3:2001cv00632 09/24/2001 555
TURNER EL vs. MAUE

41 TURNER EL, JAMES G ilsdc    3:2001cv00734 11/06/2001 555
TURNER EL vs. WALLS

42 TURNER EL, JAMES G ilsdc    3:2001cv00982 12/13/2001 555
TURNER EL vs. COWAN

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 03/25/2002 10:47:21 | |
| PACER Login: us0166 | Client Code: |
| Description: Civil srch pg 1 | Search Criteria: TURNER EL, JAMES |
| Billable Pages: 1 | Cost: 0.07 |

U.S. Party/Case Index - Home
Search: All Court Types | Appellate | Bankruptcy | Civil | Criminal
Reports: Court Code List | Date Range | Courts not on Index | Statistical Reports
User Options: Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

??? Help



# Seventh Circuit Court of Appeals

# Docket Sheets by Person

| | |
|---|---|
| 00-1435 | Turner-El, James G. v. Feinerman, Doctor |
| 00-1454 | Turner-El, James G. v. Internal Affairs |
| 00-4006 | Turner-El, James G. v. Washington, Odie |
| 00-8024 | Turner-El, James G. v. Washington, Odie |
| 01-3886 | Turner-El, James v. Agnello, Gino |
| 02-1127 | Turner-El, James S. v. Moran, James B. |
| 02-1131 | Turner-El, James G. v. USA |
| 90-1451 | Turner-EL, James G. v. Lane, Michael P. |
| 90-1452 | Turner-El, James G. v. Lane, Michael P. |
| 90-1453 | Turner-EL, James G. v. Shansky, Ronald |
| 90-1454 | Turner-EL, James G. v. Lane, Michael P. |
| 90-1455 | Turner-EL, James G. v. Peters, Howard A. |
| 90-1991 | Turner-El, James G. v. Lane, Michael P. |
| 90-1992 | Turner-El, James G. v. Lane, Michael P. |
| 90-1993 | Turner-El, James G. v. Lane, Michael P. |
| 90-2175 | Turner-El, James G. v. Atkinson, Jeff |
| 90-2260 | Turner-El, James G. v. Geraghty, Thomas F. |
| 90-2610 | Turner-El v. Geraghty, Thomas F. |
| 90-2613 | Turner-EL, James G. v. Peters, Howard A. |
| 90-2934 | Turner-El, James G. v. Strubbe, Thomas F. |
| 92-2406 | Turner-El, James G. v. Peters, Howard |
| 93-2087 | Turner-El, James G. v. O'Hare, Stuart J. |
| 93-2132 | Turner-El, James G. v. Lane, Michael P. |

| | |
|---|---|
| 93-2133 | Turner-El, James G. v. Lane, Michael P. |
| 93-2134 | Turner-El, James G. v. Lane, Michael P. |
| 94-2130 | Turner-El, James G. v. Peters, Howard A. |
| 94-2135 | Turner-El, James G. v. Baker, Harold A. |
| 97-1748 | Turner-El, James G. v. Detella, George E. |
| 97-2480 | Turner-El, James G. v. Peters, Howard |
| 98-1462 | Turner-El, James G. v. Washington, Odie |
| 98-1744 | Turner-El, James G. v. West, Mary |
| 98-1745 | Turner-El, James G. v. Mayo, Sergeant |
| 98-1763 | Turner-El, James G. v. Page, Thomas F. |
| 98-1810 | Turner-El, James G. v. Page, Thomas F. |
| 98-1811 | Turner-El, James G. v. Washington, Odie |
| 98-1813 | Turner-El, James G. v. Page, Thomas F. |
| 98-1814 | Turner-El, James G. v. Page, Thomas F. |
| 98-1815 | Turner-El, James G. v. Page, Thomas |
| 98-1816 | Turner-El, James G. v. West, Mary |
| 98-1817 | Turner-El, James G. v. Page, Thomas |
| 98-1838 | Turner-El, James G. v. Washington, Odie |
| 98-2887 | Turner-El v. DeTella, George E. |
| 99-1455 | Turner-El, James G. v. Internal Affairs |
| 99-1472 | Turner-El, James G. v. Page, Thomas F. |
| 99-1475 | Turner-El, James G. v. Washington, Odie |
| 99-1490 | Turner-El, James G. v. Washington, Odie |
| 99-1845 | Turner-El, James G. v. Rennison, Colleen |
| 99-2088 | Turner-El, James G. v. Branche, Alfred |
| 99-2107 | Turner-El, James G. v. Page, Thomas F. |

Charles R. Schmadeke    cschmadeke@hinshawlaw.com

Linda M. Wolters    lwolters@atg.state.il.us, jedwards@atg.state.il.us;jginter@atg.state.il.us

**3:01-cv-248 Notice will not be electronically mailed to:**

James G Turner El
#N-01161
MENARD CORR
Menard Corr Center
PO Box 711
Menard, IL 62259

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) Plaintiff a (58) year old gay-male with extreme pain to his lower right abdomen, lower back and both arms and hands, 5'7 inches tall, weighing approximately 125 lbs. has repeatedly been subjected to assault and threat of assault, due to his being gay, and destitute due to fact that defendants take all monies received to his prison account to and including his monthly $10.00 Idle Pay, which was appropriated for his hygienic care. Same has resulted in complete deterioration of his hygiene, which is non-existent and he suffers from boils under his arm pits, irritating skin rash, dandruff, ear wax problems, Athletic's foot and massive hair and tooth loss, and he also has Hepatitus C, Anemia and High Blood Pressure. No inmate wants to cell with him due to his disease, his being gay and his poverty and cellmates routinely assault him, threaten, take his property, etc., forcing him to move to another cell. And defendants are deliberately indifferent to plaintiff's

plight and risk of harm and imminent dangers of serious physical injury.

2) Following plaintiff's assault by cellmate January 16, 2008 plaintiff was moved to Unit North I on 1 Gallery amongst several of his enemies and in the cell with a young gang member.

3) Following assault by enemies and cellmate February 26, 2008, plaintiff was given a (7) day lay-in because he was unable to walk on 2/27/08. However, on 2/28/08 he was ordered to move to the Highest Gallery in the Unit because he couldn't walk he couldn't move and he was confined to Disciplinary/Segregation Unit for refusing to move, and confined to a Steel Front Control Box Cell

4) On about March 17, 2008, plaintiff attempted suicide by taking (40) pills, plaintiff was stressed-out from assault and threat of assault and confinement to closed box cell.

5) On or about March 28, 2008 he was confined to a two-man-closed-box-cell with a crazed young gang member who assaulted him, took food trays, property and destroyed some of his legal documents. Plaintiff repeatedly sought to be moved but defendants refused to move him subjecting him to imminent dangers

6) Defendants are trying to get plaintiff killed or seriously injured, as under defendants own rules gay-males aren't to be confined to cells with any other prisoners while in segregation. Yet, defendants continually confine plaintiff a gay-male to cells with gang members, who are younger, bigger and stronger than he is, subjecting him to physical abuse and emotional truma a reign of terror, in life-threatening situations of immediate and imminent dangers of serious physical injury.

7) Following plaintiff's crazed gang-member being released from segregation 6/11/08, defendants immediately moved another inmate gang member into cell with plaintiff who immediately assaulted plaintiff and he continued to push plaintiff around the cell, taking plaintiff's food trays, cosmetics books, etc., defendants' refuse to move plaintiff and his present cellmate is scheduled to be released from segregation on the date of June 23, 2008.

8) Because, plaintiff has no idea whom defendants might cell him with, but, since his life is in imminent danger he brings this complaint in Emergency.

9) Plaintiff sent grievance complaint and grievance appeals to defendant(s) Hulick and Walker Jr., by Unknown defendant correctional guards, however, plaintiff has not received any of his grievances nor money vouchers for legal postage costs.

10) Plaintiff is left with but (3) choices; once defendants confine another gang member in cell with him, plaintiff could allow himself to be continually assaulted, or, he could try and kill his cellmate, or he could go on suicide watch, where he will be confined to a closed box cell, strip-butt-naked with no toiletries and without his property forced to eat some meal twice a day everyday.

11) Defendants Major Mumi, Lt. Mitchell and Sgt. Cowan are in control and management of segregation Unit and they with help of defendant Unknown Assignment Placement personnel continue to confine gang members to cell with plaintiff in general population and in segregation to subject him to assault and injury.

12) All named defendants were acting under color of Illinois State law and each is sued in their individual and official capacities.

13) Plaintiff seek leave to amend this complaint to include additional defendants and claims for relief.

14) Confining plaintiff to Steel Front Closed Box Control Cell in the back of 6 gallery has permitted him to be assaulted and his pleas for help unanswered, plus, cell is a torture chamber, causing plaintiff to suffer breathing attacks, and during summer is a hot box torture chamber.

- 6 -

<u>LEGAL CLAIM COUNT I.</u>

15. Defendants Hulick, Maui, Mitchell, Cowan, Walker Jr., and Unknown defendant Assignment Placement personnel acts and omissions done intentionally, knowingly, willfully, maliciously and arbitrarily in conspiracy, corroboration and collusion by express or implied consent with deliberate indifference and total reckless disregard of plaintiff's rights to be free from assault, life threatening situations and imminent dangers of serious physical injury continually has subjected plaintiff to imminent dangers by violating their own rules and confining the plaintiff in cells with gang members who hate gay-males and who assaults, threatens and takes his property from him, because he's assigned to cells with them, while all other gay males are assigned to single-man cells, same deprives plaintiff of due process, equal protection of the law and to be free from imminent dangers and cruel and unusual punishment in violation of the 5th, 8th and 14th Amendments to the U.S. Constitution.

<u>LEGAL CLAIM COUNT II.</u>

16. Defendant Unknown Correctional Guards acts and omissions of tampering with plaintiff's legal mail by not forwarding his legal mail deprives plaintiff of access to public officials, due process equal protection of the law and subjects him to imminent dangers and cruel and unusual punishment in violation of the 1st, 5th, 8th and 14th Amendments to the U.S. Constitution.

<u>LEGAL CLAIM COUNT III.</u>

17. All named defendants and unknown named defendants acts and omissions deprive plaintiff of his rights under the Bill of Rights Art. 1, §2 of the Illinois State Constitution.

<u>LEGAL CLAIM COUNT IV.</u>

18. All named defendants acts and omissions deprive plaintiff of rights retained by virtue of Illinois State Law.

<u>LEGAL CLAIM COUNT V.</u>

19. All named defendants acts and omissions violate defendants own rules and regulations.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A) Declaratory Judgement; B) Injunctive Relief; C) Compensatory damages of $150,000.00 (One Hundred Fifty Thousand Dollars) assessed against each named defendant to be awarded plaintiff; D) Punitive damages of $300,000.00 (Three Hundred Thousand Dollars) assessed against each named defendant to be awarded plaintiff; E) Defendants pay all costs of this action; F) Reasonable Attorney Fees; G) Criminal charges lodged against defendants for continually subjecting plaintiff to assault; H) Assignment to single-man-cell; I) Transfer to another prison; J) Any additional relief this Honorable Court deems equitable, proper and just

VI. The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18th day of June, 20 08

_James G. Y_____ a/_
(Signature of plaintiff or plaintiffs)

James G. Turner-el
(Print name)

N-01161
(I.D. Number)

Menard Correctional Center
P.O. Box 711
Menard, Il. 62259
(Address)

Revised 9/2007