**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

08cv3846
JUDGE MORAN
MAG. JUDGE ASHMAN

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | JAMES G. TURNER-EL | **Defendant(s):** | DONALD A. HULICK, et al. |
| **County of Residence:** | RANDOLPH | **County of Residence:** | |

**Plaintiff's Address:**

James G. Turner-El
N-01161
Menard - MND
P.O. Box 711
Menard, IL  62259

**Defendant's Attorney:**

Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL  60601

FILED
JN JUL X 7 2008
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**  ☐ 1. U.S. Government Plaintiff     ☑ 3. Federal Question (U.S. gov't. not a party)

☐ 2. U.S. Government Defendant     ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**  ☑ 1. Original Proceeding     ☐ 5. Transferred From Other District
☐ 2. Removed From State Court     ☐ 6. MultiDistrict Litigation
☐ 3. Remanded From Appellate Court     ☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:**  ☑ Yes     ☐ No

**Signature:** *Q. E. Woodham*     **Date:** 07/07/2008

Moran    08C3664
Ashman