Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | JAMES B. MORAN | Sitting Judge if Other than Assigned Judge | FILED-EDI |
|---|---|---|---|
| CASE NUMBER | 08 C 3846 | DATE | 2008 JUL 25 PM 5: 33<br>25 July 2008 |
| CASE TITLE | James G. Turner-El (#N-01161) vs. Donald A. Hulick, et al. | | CLERK<br>U.S. DISTRICT COURT |

**DOCKET ENTRY TEXT:**

The plaintiff's emergency motion for a temporary restraining order [#9] is denied as moot. By Minute Order of July 10, 2008, the court transferred this case to the U.S. District Court for the Southern District of Illinois at East St. Louis. Again, any further motions or pleadings must be filed in the Southern District.

Docketing to mail notices.

mjm