

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
  CLERK

July 30, 2008

Norbert G. Jaworski, Clerk of Court
U.S. District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201          ATTN: Debbie Weiss


RE: James G. Turner-El   Vs.  Donald A. Hulick, et al
Case No: 08-3846


Dear Clerk:

Pursuant to the order entered by Judge Honorable James B. Moran, July 10, 2008 the above record

- ■ was electronically transmitted to Southern District of Illinois at East St. Louis, IL

- ■ The following paper documents are being transferred to the court by certified mail. Document numbers: 1 through 10

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.


                                            Sincerely yours,

                                            Michael W. Dobbins, Clerk

                                            By:    /s/ Verna Jones
                                                   Deputy Clerk


Enclosures


New Case No. _____    Date _____


cc:    Non-ECF Attorneys and Pro se Parties